IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICKY RONNELL EWING**                                                    **PLAINTIFF**

**v.**                                     **CIVIL ACTION NO. 1:16cv93-HSO-JCG**

**DRUETTA TAYLOR,** *Case Manager, et al.*                      **DEFENDANTS**

## FINAL JUDGMENT

This matter came on to be heard on Plaintiff Ricky Ronnell Ewing's Objections [25] to the Report and Recommendation [23] of United States Magistrate Judge John C. Gargiulo, entered in this case on November 17, 2016, recommending that Defendants' Motion for Summary Judgment [21] be granted. The Court, after a full review and consideration of Plaintiff's Objections [25], the Magistrate Judge's Report and Recommendation [23], Defendants' Motion for Summary Judgment [21], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 17th day of May, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE